For defendant: Fergus J. McOsker.

Emily Ford
vs. } No. 87013.
Millard G. Dorcus

March 24, 1932.

POULIOT, J. This cause comes before the Court on defendant's motion for a new trial after a jury returned a verdict for the plaintiff in the sum of $600.

The facts of the case and the views of the Court are set out in its rescript filed in the companion case of Ernest Ford vs. Millard G. Dorcus, No. 87012.

Motion for new trial granted.

For plaintiff: James. E. Brothers, Peter L. Cannon, Sidney L. Rabinowitz.

For defendant: Ralph T. Barnefield.